

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HAROLD R. WHITLEY AND OCCUPANTS, | § | No. 08-14-00205-CV |
| Appellants, | § | Appeal from |
| v. | § | County Court at Law No. 4 |
| THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX, | § | of Dallas County, Texas |
|  | § | (TC # CC-14-02407) |
| Appellee. | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)